# MINUTE ORDER

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor      Date: 8/12/24     Time: 2:00 p.m.

Defendant: 3) Jorge Miguel Vasquez     J#: 29760-511     Case #: 24-20343-CR-WILLIAMS
AUSA: Rob Emery/Collin Mullin     Attorney: Frank Rubin (Perm)
Violation: Money Laundering     Surr/Arrest Date: 8/12/24     YOB: 1961

Proceeding: Initial Appearance/Arraignment     CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:
Bond Set at:     Co-signed by:

- [x] *Surrender and/or do not obtain passports/travel docs*
- [x] *Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person*
- [ ] Random urine testing by Pretrial Services
   Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] *No contact with victims/witnesses, except through counsel*
   *Govt to provide list to Defense & USPO w/in 24 hrs.*
- [ ] No firearms
- [x] *Not to encumber property; including cosignor*
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: Spanish

Disposition:
Defendant advised of rights and charges
*Counsel files temporary appearance*

*STIP $1 million dollar bond w/10% cosigned by his Wife (Isabel Hernandez) (court inquired of the cosignor) (no hrg. held); Court sets (released)*

**Defendant Arraigned**

**Brady order given**

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:31:14/14:42:46     Time in Court: 10 mins

s/Lauren F. Louis                    Magistrate Judge